# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

CASCADE FUNDING MORTGAGE
TRUST HB7

VERSUS

THE OPENED SUCCESSION OF
THOMAS W. KLEINPETER AND THE
OPENED SUCCESSION OF DOROTHY
B. KLEINPETER (A/K/A DOROTHY
NELL BURT, DOROTHY NELL
KLEINPETER)AND JOHN B.
KLEINPETER AND SUSAN K.
FREMIN GRAVOIS

NO.   2023 CW 1326

APRIL 25, 2024

---

In Re:   Cascade Funding Mortage Trust HB7, applying for rehearing, 17th Judicial District Court, Parish of Lafourche, No. 133325.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

PMC
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT